UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SAMOY, | No. 2:18-cv-538-EFB |
| Plaintiff, | |
| v. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

On August 10, 2018, plaintiff filed a brief challenging the final decision of the Commissioner denying her application for Supplemental Security Income under XVI of the Social Security Act. ECF No. 14. Plaintiff requests the matter be remanded for further administrative proceedings. *Id*. at 5. Plaintiff, however, did not file a motion for summary judgment. Without plaintiff moving for summary judgment, the court is without authority to enter judgment in her favor should she successfully demonstrate that the Commissioner's decision is not supported by substantial evidence or the proper legal standards were not applied.

Accordingly, it is hereby ORDERED that plaintiff shall file a motion for summary judgment within 7 days of the date this order is served. The Commissioner's cross-motion for summary judgment shall be filed 45 days thereafter.

DATED: August 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE