Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Teresa Samoy

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SAMOY, | ) Case No.: 2:18-cv-00538-EFB |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ |
| vs. | ) ORDER FOR THE AWARD AND ) PAYMENT OF ATTORNEY FEES |
| ANDREW SAUL, | ) AND EXPENSES PURSUANT TO ) THE EQUAL ACCESS TO JUSTICE |
| Commissioner of Social Security, | ) ACT, 28 U.S.C. § 2412(d) AND ) COSTS PURSUANT TO 28 U.S.C. § |
| Defendant. | ) 1920 |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Teresa Samoy be awarded attorney fees in the amount of three thousand ninety-eight dollars and sixty-one cents dollars ($3,098.61) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), no costs under 28 U.S.C. § 1920.  This amount represents

compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Teresa Samoy, the government will consider the matter of Teresa Samoy's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Teresa Samoy, but if the Department of the Treasury determines that Teresa Samoy does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Teresa Samoy.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Teresa Samoy's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Teresa Samoy and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 16, 2019   Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*
BY: _____
Cyrus Safa
Attorney for plaintiff Teresa Samoy

DATED: December 16, 2019   McGREGOR W. SCOTT
United States Attorney

/s/ *Ellinor Coder*
_____
ELLINOR CODER
Special Assistant United States Attorney
Attorneys for Defendant
ANDREW SAUL, Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATED: December 18, 2019

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of December 17, 2019, I served the foregoing document described as STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Ms. Teresa Samoy
1560 W. Harding Way
Stockton, CA 95203

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Cyrus Safa                /s/ Cyrus Safa
TYPE OR PRINT NAME                 SIGNATURE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-00538-EFB**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 17, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff